**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBYN BRODY, | Case No. 1:22-cv-06249 (DLC) |
| Plaintiff, | **NOTICE OF MOTION** |
| - against - | |
| FOX BROADCASTING COMPANY, LLC, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Declaration of Steven G. Mintz, Esq., the Declaration of Laura Cleveland, and the Declaration of Melissa Medalie, and all of the exhibits annexed thereto, and upon all prior pleadings and proceedings had herein, Defendant Fox Broadcasting Company, LLC, by its undersigned counsel, will move this Court at the United States Courthouse, 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the Complaint of Plaintiff Robyn Brody in its entirety on the ground that the Complaint fails to state a cause of action and that Plaintiff's copyright claims are barred under the fair use doctrine pursuant to 17 U.S.C. § 107, and for such other and further relief as the Court may deem proper.

In accordance with Local Civil Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Plaintiff's opposing affidavits and answering memoranda shall be served within fourteen days after service of the moving papers, and any reply affidavits and memoranda of law shall be served within seven days after service of the answering papers.

Dated:   New York, New York
         September 15, 2022

                                   **MINTZ & GOLD LLP**

                                   <u>/s/ Steven G. Mintz</u>
                                   Steven G. Mintz
                                   Terence W. McCormick
                                   600 Third Avenue – 25th Floor
                                   New York, New York 10016
                                   Tel:    (212) 696-4848
                                   mintz@mintzandgold.com
                                   mccormick@mintzandgold.com
                                   *Attorneys for Defendant*
                                   *Fox Broadcasting Company, LLC*