```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ROBYN BRODY,                             :
                                         :
                    Plaintiff,           :   22cv6249 (DLC)
                                         :
              -v-                        :        ORDER
                                         :
FOX BROADCASTING CO., LLC                :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

   On September 15, 2022, defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby

   ORDERED that plaintiff shall file any amended complaint by **October 6, 2022.**  It is unlikely that plaintiff will have a further opportunity to amend.

   IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **October 6, 2022.**  Defendant's reply, if any, shall be filed by **October 20, 2022.**  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies

of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
September 22, 2022

                                          DENISE COTE
                                 United States District Judge