```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
ROBYN BRODY,                             :
                                         :
                      Plaintiff,         :   22cv6249 (DLC)
                                         :
            -v-                          :   ORDER
                                         :
FOX BROADCASTING CO., LLC, FOX CORP.,    :
and FOX TELEVISION STATIONS, LLC.,       :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the conference scheduled for **Friday, October 28** shall take place at **3:30 p.m.** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         October 27, 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　　　United States District Judge