UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                        :

ROBYN BRODY,                           :

                    Plaintiff,       :

                                 :      22cv6249 (DLC)

           -v-                 :

                                 :       ORDER

FOX BROADCASTING CO., LLC, FOX CORP.,  :
and FOX TELEVISION STATIONS, LLC,     :

                               :

                  Defendants.      :

                               :
--------------------------------------X

DENISE COTE, District Judge:

    On September 15, 2022, defendant Fox Broadcasting Co., LLC filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.  The plaintiff then amended her complaint on October 7, naming two additional defendants.  As set forth at the conference held on October 28, it is hereby

    ORDERED that the defendants shall file any renewed motion to dismiss by **December 1, 2022**.  The plaintiff shall file any opposition to the motion to dismiss by **December 20, 2022**.  The defendants shall file any reply by **January 12, 2023**.  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or

delivering them to the United States Courthouse, 500 Pearl
Street, New York, New York.

    SO ORDERED:

Dated:    New York, New York
          October 28, 2022

                            DENISE COTE
                  United States District Judge