**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ROBYN BRODY,

                      Plaintiff,
    -against-                                 22 **CIVIL** 6249 (DLC)

                                                    **<u>JUDGMENT</u>**

FOX BROADCASTING CO., LLC, FOX
CORP., and FOX TELEVISION STATIONS,
LLC,

                     Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 3, 2023, the defendants' December 1, 2022, motion to dismiss is granted with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

     April 3, 2023

                                                                **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                       **BY:**     *K. Mango*

                                                                  **Deputy Clerk**