UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBYN BRODY,<br><br>                Plaintiff,<br><br>- against -<br><br>FOX BROADCASTING COMPANY, LLC,<br>FOX CORPORATION, and<br>FOX TELEVISION STATIONS, LLC,<br><br>                Defendants. | Case No. 1:22-cv-06249 (DLC)<br><br>**NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS** |

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Declaration of Steven G. Mintz, Esq., dated April 17, 2023, the exhibits annexed thereto, and upon all prior pleadings and proceedings had herein, Defendants Fox Broadcasting Company, LLC, Fox Corporation, and Fox Television Stations, LLC, by their undersigned counsel, will move this Court at the United States Courthouse, 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order pursuant to Section 505 of the Copyright Act and Fed. R. Civ. P. 54(d) for an award of costs and attorneys' fees and for such other and further relief as the Court may deem proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 6.1(b), opposition papers, if any, shall be served within 14 days of the service of this Notice of Motion and supporting papers.

Dated: New York, New York
April 17, 2023

                                              **MINTZ & GOLD LLP**

/s/ Steven G. Mintz
Steven G. Mintz
Terence W. McCormick
600 Third Avenue – 25th Floor
New York, New York 10016
Tel:   (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Attorneys for Defendants*
*Fox Broadcasting Company, LLC,*
*Fox Corporation, and Fox Television*
*Stations, LLC*

To: R. Terry Parker, Esquire
RATH, YOUNG and PIGNATELLI, P.C.
120 Water Street, Second Floor
Boston, MA 02109
Telephone: (603) 226-2600
Email: rtp@rathlaw.com
       terry@rterryparkerlaw.com
Attorneys for Plaintiff