```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ROBYN BRODY,                            :
                                        :
                    Plaintiff,          :    22cv6249 (DLC)
                                        :
            -v-                         :         ORDER
                                        :
FOX BROADCASTING CO., LLC, FOX CORP.,   :
and FOX TELEVISION STATIONS, LLC,       :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On April 17, 2023, the defendants filed a motion for an award of attorneys' fees and costs. Accordingly, it is hereby

ORDERED that any opposition is due **May 5, 2023**. Any reply is due **May 12, 2023**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        April 18, 2023

                                        _____
                                              DENISE COTE
                                        United States District Judge