

# Mintz & Gold

| | | |
|---|---|---|
| Steven W. Gold | Heath Loring | **Senior Counsel** |
| Steven G. Mintz* | Peter Guirguis | Jack A. Horn |
| Jeffrey D. Pollack* | Andrew R. Gottesman | Noreen E. Cosgrove |
| Elliot G. Sagor | Matthew S. Seminara | Timothy J. Quill, Jr. |
| Ira Lee Sorkin | Julia B. Milne | |
| Lon Jacobs | Ryan W. Lawler* | **Of Counsel** |
| Steven A. Samide | Andrew A. Smith | Honorable Vito J. Titone (dec.) |
| Scott A. Klein | Amit Sondhi | NY State Court of Appeals 1985–1998 |
| Terence W. McCormick*** | Brett Joshpe | Harvey J. Horowitz (dec.) |
| Robert B. Lachenauer | Michael Mooney | Honorable Howard Miller |
| Roger L. Stavis | Adam K. Brody | NY Appellate Div. 1999–2010 [ret.] |
| Charles A. Ross** | Andrew E. Steckler | Alan Katz |
| Richard M. Breslow | Alex J. Otchy* | Eric M. Kutner |
| Barry M. Kazan* | Philip Tafel | Andrew P. Napolitano° |
| Craig D. Spector* | Carli M. Aberle | Brian T. Sampson |
| Kevin M. Brown | Zachary J. Turquand | Erica Nazarian |
| Alexander H. Gardner | Sitie "Esther" Tang | Tara Shamroth |
| | | Jared Van Vleet |

*Also admitted in New Jersey
**Also admitted in Florida
***Also admitted in California

°Admitted to practice only before all courts in New Jersey and all Federal Courts in New York City

May 2, 2023

By Letter Motion Via ECF
Hon. Denise L. Cote
United States District Court
500 Pearl Street, Room 1910
New York, NY 10007-1312

*Granted.*
*[signature]*
*May 11, 2023*

Brody v. Fox Broadcasting Company, LLC
No. 22-cv-06249 (DLC)

Dear Judge Cote:

This firm represents Defendants Fox Broadcasting Company, LLC ("FBC"), Fox Corporation and Fox Television Stations, LLC ("FTS"), in the above-captioned copyright action.

Defendants respectfully withdraw their motion for attorney's fees and costs, filed at ECF Doc. No. 62-64 on April 17, 2023, and request that the Court enter an order directing the Clerk to mark the motion as closed.

Respectfully submitted,

Terence W. McCormick

Cc:  R. Terry Parker, Esq.

Mintz & Gold LLP
600 Third Avenue, 25th Floor, New York, NY 10016

O 212.696.4848 | F 212.696.1231
mintzandgold.com